No. 16,386.

GREEN, DOING BUSINESS AS S. ADAMS PACKING
COMPANY ET AL. *v.* HOFFMAN.
(234 P. [2d] 624)

Decided July 9, 1951.   Rehearing denied August 6, 1951.

PER CURIAM.

Judgment affirmed in department without written opinion, Mr. Chief Justice Jackson, Mr. Justice Stone and Mr. Justice Holland, participating.

Mr. E. N. FREEMAN, Mr. F. W. HARDING, ONALEE BROWN, for plaintiffs in error.

Mr. KENNETH W. ROBINSON, Mr. ROBERT D. CHARLTON, Mr. ROBERT SWANSON, for defendant in error.